

# UNITED STATES DISTRICT COURT
for the

MAR 01 2023

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

Alexie: Alek

_____
Petitioner

v.

State of Alaska Dep of Correction
Superintenden III Earl Houser

_____
Respondent
(name of warden or authorized person having custody of petitioner)

Case No. 3:23-cv-00045-SLG
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Alexie: Alek
   (b) Other names you have used: —

2. Place of confinement:
   (a) Name of institution: Goose Creek Correction
   (b) Address: 22301 W. Alsop Rd Wasilla, AK 99623
   (c) Your identification number: 4917

3. Are you currently being held on orders by:
   ☐ Federal authorities   ☒ State authorities   ☐ Other - explain:

4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: —
      (b) Docket number of criminal case:
      (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☐ Other (explain): —

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

    ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

    ☒ Pretrial detention

    ☐ Immigration detention

    ☐ Detainer

    ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

    ☐ Disciplinary proceedings

    ☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:

    (a) Name and location of the agency or court: Superior Court Anchorage 825 W 4TH Ave

    (b) Docket number, case number, or opinion number: 3AN-18-10366 CR

    (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): Iniffective Counser, Speedy Trial Violation 18§3161(h) 70 days,

    (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. First appeal

    Did you appeal the decision, file a grievance, or seek an administrative remedy?

    ☐ Yes    ☒ No

    (a) If "Yes," provide:

    (1) Name of the authority, agency, or court: —

    (2) Date of filing: N/A

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

(b) If you answered "No," explain why you did not appeal: _I'm 75 years old & I don't understand the law. Plus I'm have medical issue's to worry about._

8. Second appeal

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ☐ Yes  ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _N/A_
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a second appeal: _____

9. Third appeal

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?

   ☐ Yes  ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

_____
_____
_____

(b) If you answered "No," explain why you did not file a third appeal: _____

10. Motion under 28 U.S.C. § 2255

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes      ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

     ☐ Yes      ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

     ☐ Yes      ☒ No

If "Yes," provide:

(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____

_N/A_

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. Appeals of immigration proceedings

Does this case concern immigration proceedings?

☐ Yes   ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes   ☐ No

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes   ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

N/A

12. Other appeals

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes ☑ No

If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

N/A

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: Unconstitutional Confinement Speedy trial Violation - 18 § 3161(h) 70 days & McNeely V. Blanas 336 F.3d 822

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

Five years in Pre-Trial. The U.S. & Alaska Constitutions guarantee a criminal defendant a Speedy Trial. The AK Constitution also provide a right to speedy trial and the state constitution provision "Fulfill(s) at least three purposes: (1) to prevent harming the defendant by a weakening of his case as evidence & memories of witness grow stale with passage of time (2) Prevent Prolong pre-trial incarceration. (3) limit infliction of anxiety due to long standing charges.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☒ No

GROUND TWO: Ineffective Counsel

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

Professional Rule of Conduct Violation Rule 1.1, 1.2, 1.3, 3.2. I have no meaningful participation. All they want is for me to take a deal & die in Jail.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☒ No

GROUND THREE: Obstruction of Justice / Due Process Violation
Violation Rutherford V. State 486 P.2d 946, 947 (1971)
State v. Wright 404 P3d 166, 178 (AK 2017) Barker 407 U.S. @ 530
McNeely V. Blanas 336 F.3d 822

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

The State will do everything the can to avoid trial & force us to take a deal. There is no Justice only corruption. Im 75 years old & the state rather me die in pretrial just like Rand Tickner. ~~take~~ Lack of medical treatment NO Due Process in Alaska Court

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☐ No

**GROUND FOUR:** _____

_____
_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____
_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes    ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____
_____
_____
_____

Request for Relief

15. State exactly what you want the court to do: Dismiss all charges for Speedy trial Violation & NO Due Process. 5 years plus NO trial - Unconstitutional Confinement

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: __Feb 27, 2023__

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: __2/24/23__                                              _____
                                                                                    Signature of Petitioner


                                                                         _____
                                                                         Signature of Attorney or other authorized person, if any

Alexie, Alek #4911
Goose Creek Correction
22301 W. Alsop Rd
Wasilla, AK 99623



Legal
MAIL

Federal
United State District Court
ATTN Deputy Clerk #4
222 West 7TH